# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LYNN MICHAEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00395-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 5, 18, 20, 22, 24) |

　　　　This action was initiated on March 11, 2021. (ECF No. 1.) A scheduling order issued March 15, 2021. (ECF No. 5.) Defendant lodged the administrative transcript in this matter on November 12, 2021. Thereafter, the schedule was modified a number of times to permit Plaintiff to file an opening brief. Plaintiff's opening brief is currently due on May 13, 2022.

　　　　On May 12, 2022, the parties submitted a stipulated request for an extension of time, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 24.) The parties seek a twenty-one-day extension for Defendant to file an amended transcript, so as to correct recently discovered defects in the original transcript by which the usual live bookmarks do not allow the parties to navigate the transcript. Consequently, if Defendant's request is granted, the parties also seek an extension for Plaintiff to file the opening brief within thirty days of filing of the amended administrative record. The remaining deadlines to follow would be adjusted accordingly. It appears to this Court that a diligent review of this case may have

resulted in discovery of the defective record at an earlier date; however, given the size of the record and the parties and the Court's need to be able to navigate it expediently, the Court is satisfied that sufficient good cause exists to grant the requested extension. However, the parties are again reminded that requests to modify the briefing schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 21) is GRANTED;

2. Defendant shall have until **June 3, 2022**, to file the amended transcript;

3. Plaintiff shall file the opening brief **within thirty (30) days** of the date of electronic filing of the amended transcript; and

4. All remaining deadlines as set forth in the scheduling order (ECF No. 5), as amended (see ECF Nos. 18, 20, 22) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **May 13, 2022**

UNITED STATES MAGISTRATE JUDGE