# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LYNN MICHAEL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-00395-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 27) |

On June 27, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended by 10 days, to July 7, 2022. (ECF No. 27.) The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED; and

2. Plaintiff shall file an opening brief on or before July 7, 2022.

IT IS SO ORDERED.

Dated: **June 27, 2022**

UNITED STATES MAGISTRATE JUDGE

1